IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DEBORAH MINER,

    Plaintiff,                          3:11-cv-00193-HDM-WGC

  vs.                                    ORDER

LIBERTY LIFE ASSURANCE COMPANY
OF BOSTON (LIBERTY MUTUAL), *et
al.*,

    Defendants.
_____/

    Pursuant to the Joint Stipulation of Dismissal (#22) this action is dismissed with the parties to bear their own costs and fees.

    It is so ordered.

    Dated this 4th day of June, 2012.


                                              /s/ Howard D. McKibben
                                            UNITED STATES DISTRICT JUDGE